1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST TRANSIT, INC.,<br><br>Defendants. | Case No.: C10-03158 WHA<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES AND TO FILE AMENDED ANSWER; [PROPOSED] ORDER**<br><br>Complaint Filed:   July 20, 2010 |
|---|---|

STIPULATION TO EXTEND DEADLINES TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES AND TO FILE
AMENDED ANSWER; [PROPOSED] ORDER - CASE NO.: C10-03158 WHA

200597-1

## ORDER

Plaintiff's deadline to move to strike certain affirmative defenses from Defendant's Answer is extended from October 11, 2010 to November 11, 2010. In the interim, should Defendant determine it is appropriate to do so, it may file an Amended Answer.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 7, 2010.

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE