IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE HUDSON, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

FIRST TRANSIT INC.,

    Defendant.

No. C 10-03158 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of March 14, 2011, concerning a discovery dispute and hereby **SETS** a meet-and-confer starting from **9:30 A.M. AND ENDING AT 1:30 P.M. ON TUESDAY, MARCH 22, 2011**, in the Court's jury room on the nineteenth floor of the federal courthouse. At **1:30 P.M.**, the Court shall hold a hearing to resolve any remaining disputed issue(s). Defendant's response is due by noon on March 18.

Please note that on those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE