Matthew J. Piers (IL SB #2206161)
(Admitted *Pro Hac Vice*)
mpiers@hsplegal.com
Kalman D. Resnick (IL SB #2318482)
(Admitted *Pro Hac Vice*)
kresnick@hsplegal.com
Christopher J. Wilmes (IL SB # 6287688)
(Admitted *Pro Hac Vice*)
cwilmes@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM
70 W. Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100; (312) 580-1994 (Fax)

Teresa Demchak (SB #123989)
tdemchak@gdblegal.com
Roberta L. Steele (SB #188198)
rsteele@gdblegal.com
James Kan (SB #240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Madeline Neighly (SB #259785)
mneighly@nelp.org
NATIONAL EMPLOYMENT LAW PROJECT
405 14th Street, Suite 1400
Oakland, CA 94612
(510) 663-5707; (510) 663-2028 (Fax)

Counsel for Plaintiff Adrienne Hudson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST TRANSIT, INC.,<br><br>Defendants. | Case No.: C10-03158 WHA<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: Thursday, June 30, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor |

1  Having reviewed Plaintiff's Motion for Appointment of Interim Class Counsel and all the
2  supporting documents, the Court appoints Goldstein Demchak Baller Borgen & Dardarian ("Goldstein
3  Demchak") and Hughes Socol Piers Resnick & Dym ("Piers Sokol") as Interim Co-Class Counsel and
4  approves Goldstein Demchak's and Piers Sokol's appointment as Interim Class Counsel for the
5  putative class defined as:  all African-American and Latino individuals whom First Transit refused to
6  hire or terminated because of their actual or presumed criminal record, between January 23, 2009 and
7  the date of judgment of this action and the putative sub-class defined as:  all African-American and
8  Latino individuals whom First Transit refused to hire or terminated in California because of their
9  actual or presumed criminal record, beginning four years preceding the filing of this Complaint and
10 continuing until the date of judgment of this action.  The parties' stipulation to shorten time is accordingly **Denied as moot**.

IT IS SO ORDERED.

Dated: May 27, 2011

/s/ William Alsup
Judge William H. Alsup