IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant.<br>                                                                    / | No. C 10-03158 WHA<br><br>**ORDER DENYING MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION** |

     The case management order in this matter set the deadline for filing a motion for class certification for April 7. A prior order granted the parties' stipulation to continue that deadline to July 7. That order stated very clearly that "no further extensions [of the class certification motion deadline] will be granted, and no extension of the case management schedule will be granted [otherwise]" (Dkt. No. 42). It further stated that "[i]f defendant does not produce discovery in a timely manner, plaintiffs' counsel are obligated to bring the problem to the Court's attention by letter brief (*see* Dkt. No. 3 ¶ 25), after meeting and conferring." No such discovery dispute was brought to the Court's attention, nor is any request for discovery relief now being sought. A subsequent order reiterated the prior ruling (Dkt. No. 50). Now plaintiff's counsel move to extend the deadline for filing their motion for class certification and other related deadlines — the express thing that the prior order disallowed. The motion requests that the deadline be put out

with no specific date by which the motion would be due. Good cause not shown, plaintiff's motion is **DENIED**. Plaintiff's motion to shorten time is **DENIED AS MOOT**.

  **IT IS SO ORDERED.**

Dated: June 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE