Matthew J. Piers (IL SB #2206161)
(Admitted *Pro Hac Vice*)
mpiers@hsplegal.com
Kalman D. Resnick (IL SB #2318482)
(Admitted *Pro Hac Vice*)
kresnick@hsplegal.com
Christopher J. Wilmes (IL SB # 6287688)
(Admitted *Pro Hac Vice*)
cwilmes@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM
70 W. Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100; (312) 580-1994 (Fax)

Teresa Demchak (SB #123989)
tdemchak@gdblegal.com
Roberta L. Steele (SB #188198)
rsteele@gdblegal.com
James Kan (SB #240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Madeline Neighly (SB #259785)
mneighly@nelp.org
NATIONAL EMPLOYMENT LAW PROJECT
405 14th Street, Suite 1400
Oakland, CA 94612
(510) 663-5707; (510) 663-2028 (Fax)

Counsel for Plaintiff Adrienne Hudson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST TRANSIT, INC.,<br><br>Defendants. | Case No.: C10-03158 WHA<br><br>CLASS ACTION<br><br>**DECLARATION OF WENDY WHITT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: August 11, 2011<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup<br>Courtroom: 9, 19th Floor |

I, Wendy Whitt, declare as follows:

1. I am over 18 years of age. The statements set forth in this declaration are made of my own personal knowledge and if called as a witness, I could and would testify competently thereto.

2. I am a paralegal with the law firm of Goldstein, Demchak, Baller, Borgen & Dardarian in Oakland, California.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Adrienne Hudson, taken April 19, 2011.

4. Attached hereto as Exhibit 2 is a true and correct copy of First Transit's offer letter to Adrienne Hudson, dated March 2, 2009, bates numbered D0000050.

5. Attached hereto as Exhibit 3 is a true and correct copy of Adrienne Hudson's Termination Profile at First Transit, bates numbered D0000060.

6. Attached hereto as Exhibit 4 is a true and correct copy of documents regarding the dismissal of Ms. Hudson's conviction, bates numbered D0000026-34.

7. Attached hereto as Exhibit 5 is a true and correct copy of personnel file and e-mail correspondence regarding Ms. Hudson's termination, bates numbered D0077758-77764.

8. Attached hereto as Exhibit 6 is a true and correct copy of First Transit's letter to DFEH re Hudson EEOC charge, bates numbered D0182123.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the 30(b)(6) deposition of Patty Jackson, taken May 24, 2011.

10. Attached hereto as Exhibit 8 is a true and correct copy of First Transit's organizational chart, bates numbered D0002122-28.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Russ Iddings, taken January 13, 2011.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the 30(b)(6) deposition of Blake Vaughn, taken April 29, 2011.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the 30(b)(6) deposition of Amos Beinhart, taken May 11, 2011.

14. Attached hereto as Exhibit 12 is a true and correct copy of First Transit Region List, bates numbered D0002915.

15. Attached hereto as Exhibit 13 is a true and correct copy of the First Transit Phone Directory dated January 7, 2010, bates numbered D0007358-93.

16. Attached hereto as Exhibit 14 is a true and correct copy of First Transit's job description for Para-transit driver, bates numbered D0002129-31.

17. Attached hereto as Exhibit 15 is a true and correct copy of First Transit's Driver Selection Process, bates numbered D00078199-225.

18. Attached hereto as Exhibit 16 is a true and correct copy of First Transit's Job Description for Bus Operator, bates numbered D00078197-98.

19. Attached hereto as Exhibit 17 is a true and correct copy of First Transit's Position Description for Driver FT, bates numbered D0182591-92.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Requirements for Employment excerpt of the System Safety & Security Plan, revised September 30, 2008, bates numbered D0001911-27.

21. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the 30(b)(6) deposition of Russ Iddings ("Iddings I") taken May 18, 2011.

22. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of First Transit's Human Resources Manual, revised November 1, 2008, bates numbered D0001978-90.

23. Attached hereto as Exhibit 21 is a true and correct copy of the System Safety & Security Plan overview report, bates numbered D0219582-607.

24. Attached hereto as Exhibit 22 is a true and correct copy of First Transit's Application for Employment Revised October 2008, bates numbered D0000324-30.

25. Attached hereto as Exhibit 23 is a true and correct copy of First Transit's Application for Employment, bates numbered D0000319-23.

26. Attached hereto as Exhibit 24 is a true and correct copy of First Transit's Application for Employment Revised April 2009, bates numbered D0000219-225.

1  27. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the deposition of Frank Steele, taken February 23, 2011.

28. Attached hereto as Exhibit 26 is a true and correct copy of First Transit's Driver Selection Process, bates numbered D0102793-808.

29. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the 30(b)(6) deposition of Paul Meredith, taken June 3, 2011.

30. Attached hereto as Exhibit 28 is a true and correct copy of First Transit's Background Check Adjudication Standards, effective November 1, 2011, bates numbered D0007308-15.

31. Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the 30(b)(6) deposition of Russ Iddings ("Iddings II") taken May 26, 2011.

32. Attached hereto as Exhibit 30 is a true and correct copy of the CBCU Overview for First Student, First Transit, and First Vehicle Services, dated March 15, 2010, bates numbered D0001950-63.

33. Attached hereto as Exhibit 31 is a true and correct copy of January 2011 Report to Management, bates numbered D0102245-2250.

34. Attached hereto as Exhibit 32 is a true and correct copy of two Internal Audit Reports conducted by First Transit, bates numbered D0007884-91 and D007879-7891.

35. Attached hereto as Exhibit 33 is a true and correct copy of Defendant's Amended Responses to Plaintiff's Second Set of Interrogatories, dated June 9, 2011.

36. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the 30(b)(6) deposition of Tiffany Wehrum taken June 28, 2011.

37. Attached hereto as Exhibit 35 is a true and correct copy of Defendant's letter to the EEOC in response to Plaintiff Hudson filed EEOC charge, bates numbered HUD000033-36.

38. Attached hereto as Exhibit 36 is a true and correct copy of the Affidavit of Jason A. Selvey as Corporate Representative of Defendants First Student, Inc. and First Transit, Inc., in the matter of *Hunter, et al. v. First Transit, Inc./Joshaway, et al. v. First Student, Inc.*, Case No. 09-CV-6178 (N.D. Ill.), dated March 3, 2011.

39. Attached hereto as Exhibit 37 is a true and correct copy of Fiscal Year 2010 and 2011 Summaries of Completed Safety Audit Scores, bates numbered D0210928-40 and D021091-56.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed this 7th day of July 2011 at Oakland, California.

By: _____
Wendy Whitt