1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE HUDSON, individually and on behalf of all others similarly situated, | Case No. C10-03158 WHA |
|---|---|
| Plaintiffs, | **ORDER GRANTING MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS** |
| v. | |
| FIRST TRANSIT, INC., | |
| Defendant. | Judge:   Hon. William H. Alsup |
| | Complaint Filed:   July 20, 2010<br>Trial Date: March 12, 2012 |

Due to their confidential, proprietary, and/or sensitive nature, the Court orders that (1) Exhibits Nos. 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 26, 27, 28, 29, 30, 31, 32, 34, and 37 to the Declaration of Wendy Whitt submitted in support of Plaintiff's Motion for Class Certification, (2) portions of Plaintiff's Notice of Motion, Motion and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification that reference the exhibits provided above, and (3) the Report of Plaintiff's Expert Thomas A. DiPrete, Ph.D. be filed under seal and kept confidential from public view.

**IT IS SO ORDERED.**

July 18, 2011.
Date

The Hon. William H. Alsup, United States District Court, Northern District of California