UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant. | Case No. 10-CV-03158 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS TO AND CORRESPONDING PORTIONS THEREOF OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS AND APPENDIX OF EVIDENCE IN SUPPORT THEREOF.**<br><br>**Date:** August 11, 2011<br>**Time:** 8:00 am<br>**Judge:** Hon. William H. Alsup<br>**Ctrm:** 9<br><br>Complaint Filed: July 20, 2010<br>Trial Date: March 12, 2012 |

Due to their confidential, proprietary, and/or sensitive nature, the Court orders that the following be filed under seal and kept confidential from public view:

(1) Exhibits Nos. 1 through 42 and 44 through 68 to the declarations submitted in support of Defendant's Opposition to Plaintiff's Motion for Class Certification, and documents in support thereof;

(2) Exhibits A and C through F, which constitute the declarations submitted in support of Defendant's Opposition to Plaintiff's Motion for Class Certification;

(3) Exhibit G, which constitutes the Report of Defendant's expert, Robert W. Crandall, MBA, submitted in support of Defendant's Opposition to Plaintiff's Motion for Class Certification; and

(4) the corresponding portions of Defendant's Notice of Opposition, Opposition and Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Class Certification, Appendix of Evidence, and Declaration of John S. Hong.

**IT IS SO ORDERED**.

Dated: July __26__, 2011

_____
The Hon. William H. Alsup, United States District Court, Northern District of California