1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant. | Case No.: C10-03158 WHA<br><br>ORDER GRANTING **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:  Thursday, August 11, 2011<br>Time:  8:00 a.m.<br>Judge:  Hon. William H. Alsup<br>Courtroom: 9, 19th Floor |

18
19
20
21
22
23
24
25
26
27
28

Plaintiff moves for an Order permitting the filing under seal of portions of the following documents:

- Reply Memorandum in Support of Plaintiff's Motion for Class Certification.
- Declaration of James Kan in Support of Plaintiff's Motion for Class Certification and attached exhibits.
- Declaration of Maria J. Barbosa and attached exhibits.

Pursuant to Local Civil Rule 79-5(d), within seven (7) days of the filing of this Motion, First Transit, as the party designating the documents as confidential, filed with the Court and served a declaration establishing that certain of the designated material is sealable.

The documents and portions of documents requested to be filed under seal in defendant's supporting declaration may be filed under seal.

Dated: August 5, 2011.

_____
William Alsup
United States District Judge