IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant.<br>_____/ | No. C 10-03158 WHA<br><br><br><br>**ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION** |

The undersigned judge has been informed that the parties have reached a settlement in a conference this morning before Judge Spero. (Counsel approached court staff after the settlement conference to inquire about requesting a continuance of the hearing on the motion for class certification given the settlement.) Therefore, the hearing on plaintiff's motion for class certification is continued to **AUGUST 18, 2011, AT 8:00 A.M.**, to give counsel an opportunity to move to dismiss this case pursuant to settlement or make whatever other motion they are going to make in accordance with the settlement in the interim.

In such motion, plaintiff's counsel shall please address whether notice to the prospective class members is necessary (provided the settlement calls for dismissal without prejudice to prospective class members), depending on whether they had been notified of this case and thus

may have relied on the pendency of this matter as a proposed class action; in such case further notice may have to be provided to the prospective class members.

**IT IS SO ORDERED.**

Dated: August 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE