IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC.,<br><br>Defendant.<br>_____/ | No. C 10-03158 WHA<br><br><br><br>**ORDER OF DISMISSAL** |

Plaintiff's counsel move unopposed to dismiss plaintiff's individual claims with prejudice and to dismiss the proposed class claims without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this order approves the voluntary dismissal of the individual claims of Plaintiff Adrienne Hudson, as well as the voluntary dismissal of plaintiff's uncertified class claims without prejudice. The unopposed motion to dismiss is thus **GRANTED**. The hearing set for tomorrow, Thursday, August 18, regarding plaintiff's motion for class certification is **VACATED**. The Court notes that plaintiff's counsel will contact the 31 individuals with whom they have communicated about this action to make sure that they realize the case has been dismissed and the statute of limitations clock will be running as to potential claims by those

individuals. Other than as to those 31 individuals, notice need not be given to potential class members.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE